UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE:

DARREN RICHARD COLEMAN  CASE NO. 16-11837-FJB
MARGARET FLORENCE COLEMAN  CHAPTER 13
DEBTORS

OBJECTION TO PROOF OF CLAIM FILED BY
MASSACHUSETTS DEPARTMENT OF REVENUE

Now come the Debtors, DARREN RICHARD COLEMAN and MARGARET FLORENCE COLEMAN, through counsel, and object to the Proof of Claim filed by the Massachusetts Department of Revenue (#6).

As reasons, therefore, the Debtors state that they have filed the required tax returns for 2013, 2014 and 2015 and the Debtors owe no taxes to the Massachusetts Department of Revenue.

WHEREFORE, the Debtors respectfully requests that the Creditor's Proof of Claim be withdrawn and/or amended.

Respectfully Submitted,
Debtors, By their Attorney,

*/s/ Kenneth E. Lindauer*
Kenneth E. Lindauer, BBO #300540
Law Offices of Kenneth E. Lindauer
14 Lynde Street
Salem, MA 01970
Dated: August 16, 2016    (800) 464-5861
ken@lindauerlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016 I electronically filed the within Objection to Proof of Claim filed by the Massachusetts Department of Revenue, together with a Notice of Objection, with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Office of the United States Trustee
USTPRegion01.BO.ECF@USDOJ.GOV

Carolyn A. Bankowski, Chapter 13 Trustee
13trustee@ch13.boston.com

Joseph Dolben on behalf of Specialized Loan Servicing LLC
jdolben@mlg-defaultlaw.com

I further certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Massachusetts Department of Revenue, Attn: Bankruptcy Unit, PO Box 9564, Boston, MA 02114

Darren R. and Margaret F. Coleman, 29A Bainbridge Street, Malden, MA 02148-2937


Dated: August 16, 2016        */s/ Kenneth E. Lindauer*
                              Kenneth E. Lindauer, BBO #300540