UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:  Chapter 13
Darren Richard Coleman  Case No.: 16-11837
Margaret Florence Coleman
    Debtors

_____/

## **STIPULATION**

This matter having come before the Court on the motion of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2003-KS9 (together with its predecessors, successors, affiliates, principals, and assigns "Creditor") for relief from stay with respect to that property located at 29 A Bainbridge Street, Malden, MA 02148 and, pursuant to agreement of Creditor and Margaret F. Coleman and Darren F. Coleman ("Debtors"), it is agreed as follows:

1) The post-petition arrearage in the within matter is $18,806.06 comprising the February 1, 2017 through May 1, 2017 payments in the amount of $1,732.85 each, the June 1, 2017 through September 1, 2017 payments in the amount of $3,030.41 each, less a suspense balance of $246.98.

2) Debtors agree to file an amended Chapter 13 Plan within fourteen (14) days of approval of this Stipulation which shall include the post-petition arrearage of $18,806.06 to be paid through the Plan. Creditor shall thereafter file an amended Proof of Claim.

3) Beginning with the payment due October 1, 2017 in the amount of $3,030.41, Debtors shall continue to make the regular monthly mortgage payment pursuant to the terms of the Note and Mortgage. All payments pursuant to this stipulation shall be made at the address below:

Specialized Loan Servicing LLC
P.O. Box 636007
Littleton, CO 80163

4) If Debtor does not comply with Paragraph 2 and/or payments as set forth in Paragraph 3 are not received for a period of six (6) months beginning with the October 1, 2017 payment or if the case converts to an action under Chapter 7 of Title 11 then Creditor shall be entitled to file a Certificate of Noncompliance with this Court on the tenth (10th) day following the mailing of a Notice of Default to (1) Debtors and (2) Debtors' Attorney. **UPON THE FILING OF THE CERTIFICATE OF NONCOMPLIANCE, AND AFTER NOTICE AND AN OPPORTUNITY FOR HEARING, CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY MAY BE GRANTED PURSUANT TO 11 U.S.C. §362(d) FOR CAUSE FOR**

**FAILURE TO MAKE POST-PETITION PAYMENTS.**

     5) This agreement shall be null and void in the event the within matter is dismissed.

| Creditor,<br>by its Attorney | Debtors<br>by their Attorney |
|---|---|
| /s/ Joseph M. Dolben<br>Joseph M. Dolben, Esq. BBO# 673113<br>Marinosci Law Group, P.C.<br>275 West Natick Road, Suite 500<br>Warwick, RI 02886<br>(401) 234-9200<br>Email: jdolben@mlg-defaultlaw.com | /s/ Kenneth E. Lindauer<br>Kenneth E. Lindauer, Esq.<br>Law Offices of Kenneth E. Lindauer<br>The Rufus Choate House<br>14 Lynde Street<br>Salem, MA 01970<br>800-464-5861<br>Fax : (978) 744-1319<br>Email: ken@lindauerlaw.com |
| Dated: September 19, 2017 | Dated: September 19, 2017 |